**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 27, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00026-CV

---

## DCR MORTGAGE III SUB I, LLC, Appellant

## V.

## LAWRENCE C. MATHIS, Appellee

---

**On Appeal from the 126th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-09-001377**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 30, 2014. On August 20, 2015, the parties filed an agreed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Donovan.